RECEIVED

SEP 30 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

SEP 3 0 2015

DEBRA SPISAK, CLERK

ARTHUR DELGADO JR #01967571
Plaintiff's name and ID Number

COFFEILD UNIT
2661 FM 2054, Tennessee Colony Texas
75884
Place of Confinement

CASE NO. 2-15-205-CV
(Clerk will assign the number)

V.
River oak Police Arressting officer
River oaks police Department Riveroaks,TX.
City of River oaks,TX
Defendant's name and address

## APPLICATION TO PROCEED
## IN FORMA PAUPERIS

I, Arthur Delgado JR., declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or from self-employment? | Yes ☐ | No ☑ |
| b. | Rent payments, interest or dividends? | Yes ☐ | No ☑ |
| c. | Pensions, annuities or life insurance payments? | Yes ☐ | No ☑ |
| d. | Gifts or inheritances? | Yes ☐ | No ☑ |
| e. | Family or friends? | Yes ☑ | No ☐ |
| f. | Any other sources? | Yes ☐ | No ☑ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

Christopher Valensuaula $50⁰⁰ 9-2015

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes ☑          No ☐

If you answered **YES** to any of the questions above, state the total value of the items owned.

inmate Trust account $72⁰⁰

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐    No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___25TH___ day of __September__, 20 15.

___Arthur Delgado jr___  ___0196757 1___
Signature of Plaintiff              ID Number